11822.  GUARANTY MUTUAL LIFE &C. INSURANCE CO. *v.* SEALS.

STEPHENS, J.  Questions as to the sufficiency of a petition can not be raised in a motion for a new trial.  Where the defendant has not excepted to the sufficiency of the petition, either by demurrer or by a motion in the nature of a general demurrer to dismiss the plaintiff's case for want of a cause of action appearing in the petition, he can not, under the general assignment of error "that the verdict is contrary to law and against the principles of justice and equity," in a motion for a new trial, insist that the petition does not set out a cause of action. *Roberts* v. *Keeler,* 111 *Ga.* 181 (6), 184 (36 S. E. 617); *Kelly* v. *Strouse,* 116 *Ga.* 872 (6), 888, 896 (43 S. E. 280).  This is true even though the verdict and judgment were rendered in a case on appeal to the superior court from the justice court, and where the defendant had no opportunity to file a demurrer to the petition.  This ruling is not in conflict with anything contained in headnote 5 or the corresponding division of the opinion in *Kelly* v. *Strouse,* supra.

> *Judgment affirmed. Jenkins, P. J., and Hill, J., concur.*
>
> DECIDED SEPTEMBER 27, 1921.

Appeal; from Richmond superior court — Judge Henry C. Hammond.  July 24, 1920.

*Paul T. Chance,* for plaintiff in error.

*T. S. Lyons, J. S. Watkins,* contra.